# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2021

162370

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

DANIEL W. RUDD,
     Plaintiff-Appellant,

v

CITY OF NORTON SHORES,
     Defendant-Appellee.

SC: 162370
COA: 354840
Muskegon CC: 17-004334-CZ

_____/

On order of the Court, the application for leave to appeal the September 29, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2021



Clerk

a0322